HONORABLE FRANKLIN D. BURGESS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DELENA M. FAUL,<br><br>    Plaintiff,<br><br>    v.<br><br>WINCO FOODS, LLC, a Delaware Limited Liability Corporation,<br><br>    Defendant. | Civil No. 06-5447 FDB<br><br>DISMISSAL ORDER |

Based on the parties' stipulation, it is hereby ORDERED, ADJUDGED, AND DECREED that:

The plaintiff's complaint and all claims against WinCo Foods, LLC, are dismissed with prejudice and without the award of any fees or costs.

DATED this 23rd day of October 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

DISMISSAL ORDER - 1

SEADOCS:248283.1

MILLER NASH LLP
ATTORNEYS AT LAW
TELEPHONE (206) 622-8484
4400 TWO UNION SQUARE
601 UNION STREET, SEATTLE, WASHINGTON  98101-2352

1

2

3    Presented by:

4    MILLER NASH LLP

5

6    *s/Francis L. Van Dusen, Jr.*
     Francis L. Van Dusen, Jr., WSB #13669
7    4400 Two Union Square
     601 Union Street
8    Seattle, WA 98101
     Tel: (206) 622-8484
9    frank.vandusen@millernash.com

10           Attorneys for Defendant

11   APPROVED AS TO FORM; NOTICE OF PRESENTATION WAIVED:

12

13   *s/Wesley S. Johnson*
     Wesley S. Johnson, WSB #16930
14   600 Royal Street, Suite B
     Kelso, WA 98626
15   Tel: (360) 577-8700
     wsjo@pacifier.com
16
             Attorney for Plaintiff
17

18

19

20

21

22

23

24

25

26

DISMISSAL ORDER - 2

SEADOCS:248283.1